Ex parte J. F. CROWELL.

No. A-6160. Opinion Filed April 21, 1926.
(245 Pac. 1114.)

Grant Gillespie, for petitioner.

The Attorney General and Smith C. Matson, Asst. Atty. Gen., for respondent.

PER CURIAM. On behalf of J. F. Crowell, a duly verified petition for writ of habeas corpus was filed in this court April 5, 1926, alleging that petitioner is illegally restrained of his liberty and unlawfully imprisoned in the county jail of Okmulgee county by the sheriff of said county. A demurrer was interposed, and thereup-

on the cause was dismissed, on the motion of counsel for petitioner.